MELINDA HAAG (CSBN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEXANDRE PINHEIRO,<br>FAHIM CHOUDHARY, and<br>MAURICIO MIDENCE,<br><br>    Defendants. | No. CR 10-0611 WHA<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER DOCUMENTING<br>EXCLUSION OF TIME |

With the agreement of the parties in open court on September 14, 2010, and with the consent of the defendants Pinheiro, Choudhary, and Midence ("defendants"), the Court enters this order (1) setting a hearing on October 19, 2010, at 2:00 p.m., and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 14, 2010, to October 19, 2010. The Court finds and holds, as follows:

    1.    The defendants appeared before the Court on September 14, 2010. At that hearing, counsel advised the Court that the government had produced several hundred pages of discovery to the defendants and would be producing additional discovery in the near future. Counsel for each the defendants needs time to review the discovery and to investigate the case. Continuing the matter until October 19, 2010 will give each of the

STIP. & [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME
CR 10-0611 WHA

1  defendants an opportunity to accomplish this objective.

2       2.    The Court finds that, taking into the account the public interest in the
3  prompt disposition of criminal cases, granting the continuance until October 19, 2010 is
4  necessary for effective preparation of defense counsel. See 18 U.S.C.
5  § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice
6  served by excluding the period from September 14, 2010 to October 19, 2010 outweigh
7  the best interest of the public and the defendants in a speedy trial. Id. § 3161(h)(7)(A).

8       3.    Accordingly, and with the consent of the defendants, the Court (1) sets a
9  hearing on October 19, 2010 at 2:00 p.m., and (2) orders that the period from September

10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 10-0611 WHA                                      -2-

1  14, 2010 to October 19, 2010 be excluded from Speedy Trial Act calculations under 18
2  U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).
3  SO STIPULATED.

4  DATED:        September 22, 2010            MELINDA HAAG
                                               United States Attorney

                                               _____/s/_____
7                                              KYLE F. WALDINGER
                                               Assistant United States Attorney

10 DATED:        September 22, 2010            _____/s/_____
                                               JEFFRY M. GLENN
11                                             Attorney for defendant Alexandre Pinheiro

13 DATED:        September 22, 2010            _____/s/_____
                                               JAMES T. REILLY
14                                             Attorney for defendant Fahim Choudhary

16 DATED:        September 22, 2010            _____/s/_____
                                               STUART HANLON
17                                             Attorney for defendant Mauricio Midence

19 IT IS SO ORDERED.

20 DATED:        September 22, 2010            _____
21                                             WILLIAM H. ALSUP
                                               United States District Judge