UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 10-0611 WHA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER DOCUMENTING |
| | ) | EXCLUSION OF TIME |
| ALEXANDRE PINHEIRO, | ) | |
| FAHIM CHOUDHARY, and | ) | |
| MAURICIO MIDENCE, | ) | |
| | ) | |
| Defendants. | ) | |

With the agreement of the parties in open court on October 19, 2010, and with the consent of the defendants Pinheiro, Choudhary, and Midence ("defendants"), the Court enters this order (1) setting a hearing on November 30, 2010, at 2:00 p.m., and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 19, 2010, to November 30, 2010.  The Court finds and holds, as follows:

1.     The defendants appeared before the Court on October 19, 2010.  At that hearing, counsel advised the Court that the government had produced a large amount of discovery, which included recordings of undercover meetings with one or more of the defendants.  Counsel also informed the Court that the United States would be producing several additional boxes of discovery, which included bank records.  Counsel for each the

1    defendants needs time to review the discovery and to investigate the case.  Continuing the

2    matter until November 30, 2010 will give each of the defendants an opportunity to

3    accomplish this objective.

4         2.    The Court finds that, taking into the account the public interest in the

5    prompt disposition of criminal cases, granting the continuance until November 30, 2010

6    is necessary for effective preparation of defense counsel.  <u>See</u> 18 U.S.C.

7    § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of justice

8    served by excluding the period from October 19, 2010 to November 30, 2010 outweigh

9    the best interest of the public and the defendants in a speedy trial.  <u>Id.</u> § 3161(h)(7)(A).

10        3.    Accordingly, and with the consent of the defendants, the Court (1) sets a

11   hearing on November 30, 2010 at 2:00 p.m., and (2) orders that the period from October

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 10-0611 WHA                    -2-

19, 2010 to November 30, 2010 be excluded from Speedy Trial Act calculations under 18

U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED:      November 3, 2010           MELINDA HAAG
                                       United States Attorney


                                       _____/s/_____
                                       KYLE F. WALDINGER
                                       Assistant United States Attorney


DATED:      November 3, 2010           _____/s/_____
                                       JEFFRY M. GLENN
                                       Attorney for defendant Alexandre Pinheiro


DATED:      November 1, 2010           _____/s/_____
                                       JAMES T. REILLY
                                       Attorney for defendant Fahim Choudhary


DATED:      October 28, 2010           _____/s/_____
                                       STUART HANLON
                                       Attorney for defendant Mauricio Midence


IT IS SO ORDERED.

DATED:      November _3_, 2010          _____
                                       WILLIAM H. ALSUP
                                       United States District Judge

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 10-0611 WHA                  -3-