MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>    Plaintiff, )<br><br>    v. )<br><br>ALEXANDRE PINHEIRO,<br>FAHIM CHOUDHARY, and<br>MAURICIO MIDENCE, )<br><br>    Defendants. ) | No.  CR 10-0611 WHA<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER DOCUMENTING<br>EXCLUSION OF TIME |

      With the agreement of the parties in open court on November 30, 2010, and with the

consent of the defendants Pinheiro, Choudhary, and Midence ("defendants"), the Court enters

this order (1) setting a hearing on January 6, 2011, at 2:00 p.m., and (2) documenting the

exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 30, 2010, to

January 6, 2010.  The Court finds and holds, as follows:

      1.      The defendants appeared before the Court on November 30, 2010.  At that

hearing, counsel advised the Court that the government had produced over 20,000 pages of

discovery.  Counsel for each the defendants needs time to review the discovery and to investigate

the case.  Continuing the matter until January 6, 2011, will give each of the defendants an

opportunity to accomplish this objective.

STIP. & ~~[PROPOSED]~~ ORDER DOCUMENTING EXCLUSION OF TIME
CR 10-0611 WHA

2.      In addition, counsel for the defendant Midence informed the Court that the United States and the defendant Midence anticipated that those two parties would be able to reach a plea agreement in this matter.  The Court set a hearing on December 21, 2010, at 2:00 p.m. in the event that the parties are able to reach a resolution.

3.      The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until January 6, 2011, is necessary for effective preparation of defense counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 30, 2010, to January 6, 2011, outweigh the best interest of the public and the defendants in a speedy trial.  Id. § 3161(h)(7)(A).

4.      Accordingly, and with the consent of the defendants, the Court (1) sets a hearing on December 21, 2010, at 2:00 p.m. for entry of plea for the defendant Midence; (2) sets a hearing on January 6, 2011, for any defendant that has not previously pleaded guilty; and / / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 10-0611 WHA                    -2-

(3) orders that the period from November 30, 2010, to January 6, 2011, be excluded from Speedy

Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED:        December 2, 2010                    MELINDA HAAG
                                                  United States Attorney


                                                  _____/s/_____
                                                  KYLE F. WALDINGER
                                                  Assistant United States Attorney


DATED:        December 2, 2010                    _____/s/_____
                                                  JEFFRY M. GLENN
                                                  Attorney for defendant Alexandre Pinheiro


DATED:        December 2, 2010                    _____/s/_____
                                                  JAMES T. REILLY
                                                  Attorney for defendant Fahim Choudhary


DATED:        December 2, 2010                    _____/s/_____
                                                  STUART HANLON
                                                  Attorney for defendant Mauricio Midence


IT IS SO ORDERED.

DATED:        December  3 , 2010                   _____
                                                  WILLIAM H. ALSUP
                                                  United States District Judge

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME