1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6830
7     Facsimile: (415) 436-7234
      E-mail: kyle.waldinger@usdoj.gov
8
9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   No.: CR 10-0611 WHA
                                    )
14        Plaintiff,                )   STIPULATION AND [PROPOSED]
                                    )   ORDER RE: RESTITUTION
15        v.                        )
                                    )
16 ALEXANDRE PINHEIRO,              )
   FAHIM CHOUDHARY, and            )
17 MAURICIO MIDENCE,                )
                                    )
18        Defendants.               )
   _____)

19        The parties hereby submit the following stipulation regarding the issue of

20 amending the judgment as to each of the defendants with regard to the issue of restitution:

21        1.    On July 13, 2011, this Court imposed sentence with respect to the defendants

22 Pinheiro, Choudhary, and Midence.  At the July 13, 2011, sentencing hearing, the Court left open

23 the issue of restitution, because the parties and the Probation Office had not yet determined the

24 amount of loss, if any, that the mortgage holder PNC Bank will suffer with respect to the

25 mortgage loan pertaining to the property at issue in this case.  *See, e.g.*, USA's Sent. Mem. re:

26 Pinheiro (docket no. 61), at 8 (noting that "the exact amount of the loss has not been

27 determined").  Accordingly, the Court deferred the determination of appropriate amount of

28 restitution, and scheduled a hearing to make such a determination for October 4, 2011.

STIP. AND [PROPOSED] ORDER
CR 10-0611 WHA

1    2.      Since the time of the July 13, 2011, sentencing hearing, counsel for the United

2  States has communicated with the designated representative of PNC Bank, who has advised that

3  PNC Bank's losses pertaining to the mortgage fraud scheme at issue in this case, if any, have not

4  yet been realized.  Materials documenting counsel's communications with the PNC Bank

5  representative have been provided to defense counsel.  In addition, given that the mortgage loan

6  at issue in this case was insured by the FHA, it is possible that PNC Bank will be reimbursed for

7  any losses that it suffers.

8    3.      Given the length of time that has already elapsed since the sentencing hearing,

9  given that PNC Bank has not yet sold the property at issue, and given that it is not clear what, if

10  any, PNC Bank's actual losses will be, the parties now stipulate and agree that determining issues

11  of restitution in this case involves complex issues of fact related to the cause or amount of the

12  victim's losses that would complicate or prolong the sentencing process to a degree that the need

13  to provide restitution to any victim is outweighed by the burden on the sentencing process.  *See*

14  18 U.S.C. § 3663A(c)(3)(B).  The parties jointly request that the Court also make such a finding.

15    4.      Finally, the parties stipulate and agree that, upon this Court's entry of the Order

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIP. AND [PROPOSED] ORDER
CR 10-0611 WHA                    -2-

1   proposed below, the restitution hearing currently set for October 4, 2011, should be vacated.

2   SO STIPULATED.

3   DATED: 9/30/2011

4                                              MELINDA HAAG
                                               United States Attorney

5

6                                              KYLE F. WALDINGER
                                               Assistant United States Attorney

7

8   DATED: Sept 29 2011

9                                              JEFFRY GLENN
                                               Attorney for defendant Alexandre Pinheiro

10

11  DATED:

12                                             JAMES T. REILLY
                                               Attorney for defendant Fahim Choudhary

13

14  DATED:

15                                             STUART HANLON
                                               Attorney for defendant Mauricio Midence

16

17                        ~~[PROPOSED]~~ ORDER

18          Based on the stipulation and agreement of the parties, and the facts set forth therein and in

19  the record in this case, the Court hereby finds that determining issues of restitution in this case

20  involves complex issues of fact related to the cause or amount of the victim's losses that would

21  complicate or prolong the sentencing process to a degree that the need to provide restitution to

22  any victim is outweighed by the burden on the sentencing process. *See* 18 U.S.C.

23  § 3663A(c)(3)(B). Accordingly, the Court finds that no restitution judgment should be entered in

24  this case. The hearing currently set for October 4, 2011, at 2:00 p.m. is hereby vacated.

25

26  DATED: October 4, 2011.

27                                             WILLIAM H. ALSUP
                                               United States District Judge

28

STIP. AND ~~[PROPOSED]~~ ORDER
CR 10-0611 WHA                        -3-

1 | proposed below, the restitution hearing currently set for October 4, 2011, should be vacated.

2 | SO STIPULATED.

3 | DATED:                    MELINDA HAAG
4 |                           United States Attorney

5 | _____
6 |                           KYLE F. WALDINGER
7 |                           Assistant United States Attorney

8 | DATED:                 _____
9 |                           JEFFRY GLENN
   Attorney for defendant Alexandre Pinheiro

10 |
11 | DATED: 9-29-11            _____
12 |                           JAMES T. REILLY
   Attorney for defendant Fahim Choudhary

13 |
14 | DATED:                 _____
15 |                           STUART HANLON
   Attorney for defendant Mauricio Midence

16 |

17 | **[PROPOSED] ORDER**

18 |       Based on the stipulation and agreement of the parties, and the facts set forth therein and in

19 | the record in this case, the Court hereby finds that determining issues of restitution in this case

20 | involves complex issues of fact related to the cause or amount of the victim's losses that would

21 | complicate or prolong the sentencing process to a degree that the need to provide restitution to

22 | any victim is outweighed by the burden on the sentencing process. *See* 18 U.S.C.

23 | § 3663A(c)(3)(B). Accordingly, the Court finds that no restitution judgment should be entered in

24 | this case. The hearing currently set for October 4, 2011, at 2:00 p.m. is hereby vacated.

25 |

26 | DATED:_____        _____
27 |                           WILLIAM H. ALSUP
   United States District Judge

28 |

STIP. AND [PROPOSED] ORDER
CR 10-0611 WHA                 -3-

1    proposed below, the restitution hearing currently set for October 4, 2011, should be vacated.

2    SO STIPULATED.

3    DATED:                                   MELINDA HAAG
                                              United States Attorney
4

5                                            _____
                                              KYLE F. WALDINGER
6                                            Assistant United States Attorney

7

8    DATED:                                   _____
                                              JEFFRY GLENN
9                                            Attorney for defendant Alexandre Pinheiro

10

11   DATED:                                   _____
                                              JAMES T. REILLY
12                                           Attorney for defendant Fahim Choudhary

13

14   DATED: 9.29.11                           _____
                                              STUART HANLON
15                                           Attorney for defendant Mauricio Midence

16

17                           [PROPOSED] ORDER

18          Based on the stipulation and agreement of the parties, and the facts set forth therein and in

19   the record in this case, the Court hereby finds that determining issues of restitution in this case

20   involves complex issues of fact related to the cause or amount of the victim's losses that would

21   complicate or prolong the sentencing process to a degree that the need to provide restitution to

22   any victim is outweighed by the burden on the sentencing process. *See* 18 U.S.C.

23   § 3663A(c)(3)(B). Accordingly, the Court finds that no restitution judgment should be entered in

24   this case. The hearing currently set for October 4, 2011, at 2:00 p.m. is hereby vacated.

25

26   DATED:_____                    _____
                                              WILLIAM H. ALSUP
27                                           United States District Judge

28

STIP. AND [PROPOSED] ORDER
CR 10-0611 WHA                          -3-