IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 10-00611 WHA |
| v. | |
| ALEXANDRE PINHEIRO, | **REQUEST FOR GOVERNMENT AND PROBATION RESPONSE** |
| Defendant. | |

Defendant Alexandre Pinheiro has filed a motion for permission to travel to Brazil (Dkt. No. 135). The government and the probation department are requested to respond by **NOON ON MARCH 30, 2015**.

Dated: March 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE