IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDRE PINHEIRO,

    Defendant.

No. CR 10-00611 WHA

**ORDER DENYING DEFENDANT'S PETITION TO TRAVEL TO BRAZIL**

Defendant Alexandre Pinheiro, who is currently on supervised release, has filed a request to travel to Brazil from April 25 through May 11, in order to tend to family matters.

The Probation Department opposes defendant's request. In his petition, defendant stated that his probation officer, John Torres, had verbally granted permission for defendant's travel plans. Officer Torres refutes that any promises were made to defendant regarding his travel to Brazil. Moreover, Officer Torres opposes defendant's request because defendant has not attended any of his scheduled mental health meetings and has failed to return any of his therapist's phone calls.

The government also opposes defendant's request, because by failing to attend his mental health sessions, defendant is not in full compliance with the terms of his supervised release.

Due to defendant's failure to comply with the terms of his supervised release, his petition to travel to Brazil is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 31, 2015.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE